UNITED STATES DISTRICT
SOUTHERN COURT OF NEW YORK
STATE

RECEIVED

OCT - 7 2020

PRO SE OFFICE

Michael Lee #3492001663 et. al. vc.Bc
PLAINTIFF(S) et. al.

- against -

Department of Corrections
Commisioner Cynth009in Brannet. al.
Defendant(s) et. al.

U.S.C.A § 1983
CLASS ACTION
COMPLAINT

complaint # **20 cv 9483**

#

Oo You all want a jury
Trial ☒ Yes ☐ No

NOTICE

The public Can access electronic Court files. For
Privacy and Security reasons, Papers filed with the
Court Should therefore not contain an indiviuals full
Social Security numbers or full birth date. A filing
A filing may include only: the last four digits of a
Social Security number, the year of an indiviuals
Birth and last four Digits of a financial account number.
See FEDERAL RULE OF CIVIL PROCEDURE 5.2

(1)

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: 8th Constitutional Amendment violation, Cruel and Unsual Punishment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michael          J.          Lee (See: V. FACTS Herein, ie. Plaintiffs)

First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3492001663

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Vernon C Baine Center

Current Place of Detention

1 Halleck St    2BA

Institutional Address

Bronx          New York          10474

County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☒ Other: Parole Holds or detainee

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Cynthania Brann

| First Name | Last Name | Shield # |
|---|---|---|

New York Department of Corrections Commisioner
Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 2: Patsy Yang

| First Name | Last Name | Shield # |
|---|---|---|

Health Director Commisioner
Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 3: Marget Egan

| First Name | Last Name | Shield # |
|---|---|---|

Board of Correction Executive Director
Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: Vernon C Baine Detention Center

Date(s) of occurrence: ▮▮▮ - September, 2020, 23rd.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Plaintiff(s) Listed below are "all" Being Constitutionally Violated by cruel and unusual punishment 8th Amendment r...Pcision officals MAY NOT Subject or force Inmates; pretrial detainee's et. al. to Harsh, dangerous and or improper living Conditions...] As a Group or Class being identical U.S.C.A §1983 CLASS ACTION COMPLAINT.

| | |
|---|---|
| Michael Lee #3492001663 | Walter WAre# 441803480 |
| Sonny Squire #4102000039 | Shamar Calloway #4412001754 |
| Johnathan Martinez#3492000577 | Keemal Cross#141170237 |
| Curtis Clark #1412002253 | Deryck Brown# 241800501 |
| Christopher DeJesus#1412002246 | Hakiem Barrow #. |
| Dewayne Boone #4412001752 | Devon Parker # 9002000003 |
| Frank Pagan #3492001603 | Theodore Tucker #3492001370 |
| Johnathon Stevens #1412002119 | James Jackson#1411904748 |
| Paul Reed # 1412001725 | Ricardo Gilcabrera#1412005a2 |
| Josiah Pringle #1412001750 | Emmanuel Rosario#3492001164 |
| Carlos Bradley# 3102000187 | Manvel Velasquez #3492001339 |
| Hopeton Prendergast #4411905343 | Willet Davidson #3491905326 |
| Willie Smith # 8951906921 | Darius Batts #3491904664 |
| Raymond Salgado#1412001188 | James clark #141709283 |
| Timothy Ward #2412001588 | Cyril Sheppard #3492002011 |
| Andre Fonseca #1412002023 | Hakiem Barrow# 86520000054 |

(4)

## V. STATEMENT OF FACTS:

continued:

Micha Michael #4412000457     Andre' Boyd # 441 19 01712

Carl    Henley #2411800815    Luis Molina #3001900157
          Branding #3491907402   Lester Pearson #3002006233
Justin manail #441807062      Gil Graves #3002600211
Noel ~~Boyd~~ Fernandez #4411904753   Timothy Linares #5412006200

Plaintiff's herein brought this matter to the Defendant's attention (see Exhibit A herein) On September 25th, 2020...That the Defendants...DELIBERATELY forced Plaintiffs into an unsafe, harsh living Conditions after Defendant's acknowledged FACTS "On September 23rd, 2020 On PIX 11 Morning News", That either they lied and made a Contrary Statement stating "They already have 15 Inmates per Unit or Dormatority's, or they acknowledge that there's suppose to be ONLY 15 people on an Inside gathering. Contrary to this Plaintiffs are in Housing units 2-3 times that amount or even up to Max Capacity 50 Inmates in less than 3-4 inches apart in sleeping areas. All 50 Inmates Share Toilets, sinks, and Showers. Deeming this During COVID-19 virus epidemic Improper and unConstitutional to Not Just a Dangerous Virus but a Deadly virus as aforementioned Defendants obviously acknowledge. To detain Plaintiffs during COVID-19 epidemic is [...Cruel and unusual Punishment...]...Its as Saying as Detainees etc. al. are not either vulenable to Contracting this Deadly virus and or were not human enough to be given Same treatment or afforted the same life saving opportunities, by "SOCIAL DISTANCE", Mandates by N.Y.C Bill DeBlasio or Governor Andrew Cuomo. The Reckless Discegards for human lifes as Detainees is present without Relief going into and worse. God Save our Souls.

(5)

V. STATEMENT OF FACTS: (Continued from pg. 5):

Additional Plaintiff ADD ONS: 2BB Housing Unit

Frank Crawley # 2412001232

Mathew Karelefsky # 1411903366

Rampersaud Persaud # 4411904165

Christopher Johnson # 3492002320

Morris Tate # 2412001025

Eon Struthers # 5102000007

Jonathon Weaver # 1412001833

The ONLY Difference between 2BA Plaintiffs and 2BB
Plaintiffs herein is ONLY the number of people in 2BB
is between 40-50 max Capacity. But the " V. STATEMENT
of FACTS" are identical herein.

( 5A )

## VI. INJURIES:

The Inmates and or detainee's listed in this Section "INJURIES", have Contracted or been exposed to this DEADLY Virus while in care and or Custody of the Defendants listed Herein, which were Isolated and treated for COVID-19 these Injured INMATES; and or DETAINEE'S Are:
Hopeton prendergast #4411985343; DeVorn Parker #9002000003
(see Exhibit B herein)

## VII RELIEFS:

To have the Plaintiff(s) herein RIGHT(S) to be able to have Constitutional proper; Safe living Condition's, During the COVID-19 Virus epidemic, as 'New' Revised stipulations of aprox 12ft distance between each person by CDC/Center for Disease Controll; Reducing the CURRENT numbers 45-50 people down to the Number of 15 people or LESS on an inside gathering. Thats Defendants; Mayor Bill DeBlasio; and N.Y. Governor Andrew Cumo State and OUTLINED for D.O.C.C.S Inmates; Detainees; and parole violaters that the following "Would be", released; R.O.R; and Reinstated etc. for Parole's. The First to be Released etc. see Supra. are:

1). Parolee's
2). Those 50 and or 60 years or older
3). Those with underlying Health Condition's that make them Vulenrable to the Virus
4). Those with non-violent charge(s); EXCEPT those who have Violent charges with underlying health Conditions that make the Vulenrable to the Virus which District Attorney office would HAVE to CONSIDER weather its in the best of Interest of Justice to Release; DIMISS, R.O.R detainee or not. Moreso

The Deliberate Action's by the Defendant(s) to place the Plaintiff(s) herein in harm's way that could or can cause DEATH from this DEADLY COVID-19 Virus which is Cruel and unusual Punishment which violates the Plaintiff(s)

(6)

VII. RELIEFS                                    Continued:

Constitutional 8th AMENDMENT Right Therefore EACH
Plaintiff Herein Should Receive$150,000.00 dollars apiece
from the Defendants; NEXT,
The Plaintiff(s) who got Infected with this DEADLY COVID-
19 Virus (see VI. INJURIES herein) from Defendants NEGLIGENCE
is also an additional 8th Amendment violation(s) of Cruel
and Unusual punishment and a Direct Result of Defendant(s)
Deliberate/NEGLIGENCE there these particular Plaintiff(s)
should Receive an additional Sum of $150,000.00 dollars
from Defendants.

(7)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/29/20 | | Michael J Lee |
|---------|---|---------------|
| Dated | | Plaintiff's Signature |

| Michael | J. | Lee |
|---------|-----|------|
| First Name | Middle Initial | Last Name |

1 Halleck St 28A
**Prison Address**

| Bronx | New York | 10474 |
|-------|----------|-------|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9/29/20

(8)

VII. PLAINTIFF'S CERTIFICATION AND WARNING

Continued;

DATED: 9/29/20

Carol Blugreen
PLAINTIFF's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Sarah Doyle
Plaintiffs Signature

1 Halleck St. Bx, NY 10474
Prisioners Full Address

DATED 9/29/20

Deanna Parker
Plaintiff Signature

1 Halleck st Bx, NY 10474
Prisioners Full Address

DATED 9/29/20

Carlos Bonilla
Plaintiffs Signature

1 Halleck st Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Willie Dawkins
Plaintiffs Signature

1 Halleck st Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Andre B
Plaintiffs Signature

1 Halleck st Bronx NY. 10474
Prisioners Full Address

DATED 9/29/20

Johnny Rhodes
Plaintiffs Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Paul Reed
Plaintiffs Signature

1 Halleck st Bronx NY 10474
Prisioners Full Address

DATED 9/29/20

Theodore Tucker
Plaintiffs Signature

1 Halleck st Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Noel Arumuham
Plaintiffs Signature

21 Halleck st Bx Ny 10474
Prisioners Full Address

DATED 9/29/20

Emmanuel Rosario
Plaintiffs Signature

1 Halleck st Bx NY 10474
Prisioners Full Address

(9)

VII. PLAINTIFFS CERTIFICATION AND WARNING

continued:

DATED 9/29/20

Ricardo Gilcomba
PLAINTIFFS Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

James Jackson
PLAINTIFFS Signature

1 Halleck St Bronx NY 10474
Prisioners Full Address

DATED 9/29/20

Horton Rivera
PLAINTIFFS Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

Carl Jembey
Plaintiff's Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

James Clark
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

Andre Fonseca
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

Jonathan Martin
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

Andrew Davis
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20

Keenan Cook
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

(10)

VII. PLAINTIFFS CERTIFICATION AND WARNING

Continued:

_Willie Spith_
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

_Wally Wall_
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Addres

_Shaniah Galloway_
Plaintiffs Signature

9/29/20
DATED

FARROCKAWAY — 1 Halleck St BX NY 10474
Prisioners Full Address

_Jun Ward_
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

_Deuvaine Brown_
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx NY 10474
Prisioners Full Address

_Lester Pearson_ 3000000033
Plaintiffs Signature

9/29/20
DATED

1 Halleck st Bronx NY 10474
Prisioners Full Address

_Bill Smiles_
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bronx NY 10474
Prisioners Full Address

_John_
Plaintiffs Signature

9/29/20
DATED

1 Halleck st bronx NY 10474
Prisioners Full Address

_J. Lence_
Plaintiffs Signature

9/29/20
DATED

1 Halleck St, N.Y. 10474
Prisioners Full Address

(11)

VII. PLAINTIFFS CERTIFICATION AND WARNING

continued?

DATED 9/29/20

_____
Plaintiffs Signature

1 Halleck St. Bx N.Y 10474
Prisioners Full Address

DATED 9/29/20

Mario Velasquez
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Darius Batts
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Curtis Clark
Plaintiffs Signature

1 Halleck St N.Y. 10474
Prisioners Full Address

DATED 9/29/20

_____
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

_____
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners full Address

DATED 9/29/20

Michael Villate
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners full Address

DATED 9/29/20

Andre Ford
Plaintiffs Signature #441.9 01702

1 Halleck St Bronx, N.Y. 10474
Prisioners full Address

DATED _____

_____
Plaintiffs Signature

_____
Prisioners full Address

(13)

VII. PLAINTIFF'S CERTIFICATION AND WARNING

Continued:

_Edward Branch_
PLAINTIFF'S Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_Matthew Karelefsky_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_Reem Persaud_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_Matt S Tate_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_Jonathan Wercz_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_Eric Stratten_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_French Crowley_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_Brann Quarie_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

_M. Christopher_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10474
Prisoners full Address

(13)

EXHIBIT A

#311 COMPLAINT #

Leslie Paxson EC-0019455Z
NAME & complaint or confirmation #

Sylvester Cox EC-0019451₈
NAME & Confirmation or complaint #

Horton Prendergast ELC 0019-4545
NAME & confirmation or complaint #

Dewayne Payne EC001-94518
NAME & Confirmation or Complaint #

Andre Fonseca EC-0019555₂
NAME & Confirmation or Complaint #

Juan mani. EC 0082121
NAME & confirmation or Complaint #

James Clark EC0019457₂
NAME & confirmation or complaint #

Emmanuel Rosario EC0019453₁
NAME & confirmation or Complaint #

Willet Davidson EC-00-19454₃
NAME & confirmation or complaint #

Luis Salas EC0019454₃₄
NAME & confirmation or complaint #

Cyril Sheppard EC-0019454₇
NAME & confirmation or complaint #

Paul Reed EB-0019451₅
NAME & confirmation or complaint #

Tim Ward EC-0019455₄
NAME & confirmation or com plaint #

Jonathan Stevens EC-001945₅₉
NAME & confirmation or complaint #

Curtis Clark EC-0019454₂
NAME & confirmation or complaint #

Carl Henley EC-0019453₀
NAME & confirmation or complaint #

Keenan Cross EC-0019457₈
NAME & confirmation or complaint #

Theodore Tucker EC-001946
NAME & confirmation or Complaint #

Walter Ware EC-0019456₉
NAME & confirmation or complaint #

Willie Smith EC-0019455₂
NAME & confirmation or complaint #

Raymond Salgado EC0019481₂
NAME & confirmation or Complaint #

Johnny Blanking EC0019747₅
NAME & confirmation or Complaint #

Manuel Velasquez EC0019451₃
NAME & confirmation or Complaint #

Devon Parker EC-0019485₁
NAME & confirmation or complaint #

EXHIBIT A
(Continued)

# *311 COMPLAINT #

Hakiem Barrow    EC-00199876
NAME & confirmation or complaint #

Deryck Brown    EC-00195076
NAME & confirmation or complaint #

Michael Lee    EC-00195057
NAME & confirmation or complaint #

Darius Batts    Did not or Refusal give him 1
NA ME & confirmation or complaint #

Frank Pagan    Did not or Refused to give him 1
NAME & confirmation or complaint #

Josiah Pringle    Did not or Refused give him 1
NAME & confirmation or complaint #

Shamar Calloway    EC00194689
NAME & confirmation or complaint #

Christopher Dejesus EC00194511
NAME & confirmation or complaint #

Noel Fernandez    EC00195054
NAME & confirmation or complaint #

Ricardo Gilcabrera    EC00195326
NAME & confirmation or complaint #

Johnathon Martinez    Did not give him 1
NAME & confirmation or complaint #

Timothy Linares    Did not give him 1
NAME & confirmation or complaint #

Michael Micle    EC-00194856
NAME & confirmation or complaint #

Sonny Squire    Did not give him 1
NAME & confirmation or complaint #

Frank Crowley    EC-00195413
NAME & confirmation or complaint #

Mathew Karelefsky    EC-00195434
NAME & confirmation or complaint #

Rampersaud Persaud    Did not give him 1
NAME & confirmation or complaint #

Christopher Johnson    EC-00195349
NAME & confirmation or complaint #

Morris Tate    EC-00195479
NAME & confirmation or complaint #

Eon Struthers    EC-00194955, EC-00185407
NAME & confirmation or complaint #

Jonathon Weaver    EC00195783
NAME & confirmation or complaint #

UNITED STATES DISTRICT
SOUTHERN COURT OF NEW YORK
STATE

U.S.C.A § 1983
CLASS ACTION
COMPLAINT

Michael Lee #3992001163 et.91 v.GRc
PLAINTIFF(S) et.91.

complaint #
#

- against -

Department of Corrections
Commisioner Cynthaia Bonnett.91
Defendant(s) et. 91.

Do you all want a jury
Trial ☒Yes ☐No

NOTICE

The public can access electronic court files. For
privacy and security reasons, papers filed with the
court should therefore not contain an individuals full
social security numbers or full birth date. A filing
A filing may include only the last four digits of a
Social security number, the year of an individuals
birth and last four Digits of a financial account number.

See FEDERAL RULE OF CIVIL PROCEDURE 5.2

(1)

# EXHIBIT B/ PLAINTIFFS INJURIES

Under Penalty of Perjury I affirm the below statements etc, is true

3/21/20 Hopeton Prendergast #441905342
DATE OF INJURY Plaintiffs & B&C #

TO BIOR #10273488 , Lab Site: BioReference
Laboratories, Inc, Physician Ordered : Kim Eun Lee
(Kimede) (See # of References therein)

_____
_____
_____
_____
_____
_____
_____ Brief Description, etc.



Plaintiffs Signature

March 2020 Devon Parker #9020000003
DATE OF INJURY Plaintiffs name & B&C #

was denied a COVID-19 Test on Rikers Island
But went directly to Belevue Hospital in Manhattan
New York where Doctors etc. al. Reported loss of
taste, smell and had enlarged heart value was created
from Contraction of Positive COVID-19 Symptoms.
(ie. Hospital visit inbetween middle August - beginning
September 2020)

_____ Brief Description, etc.



Plaintiff Signature

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: 8th Constitutional Amendment Violation Cruel and unusual punishment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Michael | J. | Lee (see V.FACTS Herein, ie.Plaintiffs |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

349200l663

Vernon C. Baine Center

Current Place of Detention

| 1 Halleck st | 2BA |
| --- | --- |

Institutional Address

| Bronx | New York | 10474 |
|---|---|---|
| County, City | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☒ Other: Parole Holds or detainee

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

| Cynthonia | Brann | |
|---|---|---|
| First Name | Last Name | Shield # |

New York Department of Corrections Commissioner
Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

**Defendant 2:**

| Patsy | Yang | |
|---|---|---|
| First Name | Last Name | Shield # |

Health Director Commissioner
Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

**Defendant 3:**

| Margaret | Egan | |
|---|---|---|
| First Name | Last Name | Shield # |

Board of Correction Executive Director
Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

**Defendant 4:**

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Vernon C Bains Detention Center

Date(s) of occurrence: ▓▓▓▓ — September, 2020, 23rd.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Plaintiff(s) listed below are "all" Being Constitionally
Violated by cruel and unusual punishment 8th Amend-
ment...Prison officals MAY NOT subject or force Inmates/
Pretrial detainee's et.d. to Harsh, dangerous and or improper
living Conditions...] As a Group or Class being identical
U.S.C.A §1983 CLASS ACTION COMPLAINT.

| | |
|---|---|
| Michael Lee #3492001663 | Walter WARe# 4418034 80 |
| Sonny Squire #9102600039 | Shamar Calloway #4412001754 |
| Johnathan Martinez#3492001577 | Keema Cross#141710031 |
| Curtis Clark #14120002253 | Derrick Brown#3411800501 |
| Christopher Dejesus#1412062246 | Hakiem Barrow # |
| Dewayne Boone #4412001752 | Devon Parker # 9002000003 |
| Frank Pagan #3492001603 | Theodore Tucker #3492001310 |
| Johnathan Stevens#1412000249 | James Jackson#141170198 |
| Paul Reed #141200175 | Ricardo Gilcabrea#141200522 |
| Josiah Pringle #141200750 | Emmanuel Rosario#3492000164 |
| Carlos Brodley #3102000187 | Manuel Velasquez#3492000339 |
| Hopeton Prendergast #4411905393 | Willet Davidson#3491106326 |
| Willie Smith # 891519 6691 | Darius Batts #3491904664 |
| Raymond Salgado#1413001188 | James Clark #14170 9283 |
| Timothy Ward #4412001688 | Cyril Sheppard #3492000201 |
| Andre Fonseca #1412002023 | Hakiem Barrow# 312000054 |

(4)

V. STATEMENT OF FACTS:

Michael-Michael #441200457    Andre'Boyd #44114 01712 continued:

Carl    Henley #3411800815    Luis Molina#3001900151

Justin maral #3419107400  Lester Pearson#300200233

Noel Fernandez #441|904153  Gil Graves#300200211 Timothy Linares #5412000200

Plaintiff's herein brought this matter to the Defendants attention (see Exhibit A herein) on September 25th, 2020...That the Defendants...DELIBERATELY forced Plaintiffs into an unsafe, harsh living conditions after Defendants acknowledged FACTS "On September 23rd 2020 on PIX 11 Morning News" That either they lied and made a Contrary Statement stating "They already have 15 Inmates per Unit or Dormotory's, or they acknowledge that theres Suppose to be ONLY 15 People on an Inside gathering. Contrary to this Plaintiffs are in Housing units 2-3 times that amount or even up to Max Capacity 50 Inmates in less than 3-4 inches apart in sleeping area's. All 50 Inmates Share Toilets; Sinks; and Showers. Deeming this during COVID-19 virus epidemic Improper and unConstitutional to Not Just a Dangerous virus but a Deadly virus as aforementioned Defendants obviously acknowledge To detain Plaintiffs during COVID-19 epidemic is C...Cruel and unusual Punishment...:..."Its as Saying as Detainee's etc al are not either vulnerable to Contracting this Deadly virus, and or were not human enough to be given the same human treatment or afforted the same life saving opportunities by "SOCIAL DISTANCE"Mandates by Bill Deblasio and Govenor Andrew Cumo. The Reckless Disregard for human lifes as Detainee's is Present without Relief going into God Whose God Save our Sols

(5)

VI. INJURIES.

The Inmates and or detainee's listed in this Section

"INJURIES" have Contracted or been exposed to this DEADLY virus while in care and or Custody of the Defendants listed Herein which were Isolated and treated for CovID-19 these Injured INMATES, and or DETAINEE'S Are:

Hopeton P.C deoggs#44I1905343; DeVora Parker #9002006003

(See Exhibit B herein)

VII RELIEFS:

To have the Plaintiff(s) herein RIGHT(S) to be able to have Constitutional proper Safe living Condition's During the COVID-19 virus epidemic; 95 "New/ Revised" stipulations; of apron laft distance between each person by CDC(Center for Disease Control; Reducing the CURRENT numbers 45-50 people down to the Number of 15 People or LESS on an inside gathering That's Defendants; Mayor Bill DeBlasio and N.Y. Governer Andrew Cumo State and OUTLINED for D.O.C.C.S Inmates; Detainees; and Parole Violaters that the following "Would be" released; R.o.R. and Reinstated etc. for Parole's. The First to be Released etc. see swen are;

1). Parolee's

2). Those 50 and or 60 years or older

3). Those with underlying Health Condition's that make them vulnerable to the virus

4). Those with non-violent charge(s), EXCEPT those who have violent charges with underlying health Conditions that make the vulnerable to the virus which District Attorney office would HAVE to CONSIDER weather its in the best of Interest of Justice to Release, DIMISS, R.O.R. detainee or not. MoreSo.

The Deliberate Action's by the Defendant(s) to place the Plaintiff(s) herein in harm's way that Could or Can Cause DEATH from this DEADLY COVID-19 virus which is Cruel and unusual Punishment which violates the Plaintiff(s)

(6)

V. STATEMENT OF FACTS: (Continued from Pg. 5):

Additional Plaintiff ADD ONS: 2BB Housing unit

Frank Crawley #24120601234

Mathew Karelefsky #1911903366

Rampersaud Persaud #1411904165

Christopher Johnson #399200232de

Morris Tate #241200010d5

Eon Struthers #510200007

Johnathon Weaver #1412061833

The ONLY Difference between 2BA Plaintiffs and 2BB Plaintiffs herein is ONLY the number of people in 2BB is between 40-50 max Capacity. But the "V. STATEMENT OF FACTS" are identical herein.

(5A)

VII. RELIEFS          Continued:

Constitutional 8th AMENDMENT Right Therefore EACH Plaintiff Herein Should Receive $150,000.00 dollars apiece from the Defendants; NEXT,

The Plaintiff(s) who got Infected with this DEADLY COVID-19 virus (see VI. INJURIES herein) from Defendants NEGLIGENCE is also an additional 8th Amendment violation(s) of Cruel and Unusual Punishment and a Direct result of Defendant(s) Deliberate NEGLIGENCE there these particular Plaintiff(s) Should Receive an additional Sum of $150,000.00 dollars from Defendants.

(7)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9/29/20 | _Michael J. Lee_ |
| Dated | Plaintiff's Signature |
| Michael | J. | Lee |
| First Name | Middle Initial | Last Name |
| 1 Halleck st 26A | | |
| Prison Address | | |
| Bronx | New York | 10474 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9/29/20

(8)

VII. PLAINTIFF'S CERTIFICATION AND WARNING

Continued:

DATED: 9/29/20

Carol Blumberg
PLAINTIFF'S Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Pedro Hyde
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Devain Parker
Plaintiff's Signature

1 Halleck St N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Carlos Bonilla
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Willy Davila
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Alyssa Baez
Plaintiff's Signature

4 Halleck St. Bronx NY. 10474
Prisioners Full Address

DATED 9/29/20

Johnny Sanchez
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Paul Reed
Plaintiff's Signature

1 Halleck St Bronx NY 10474
Prisioners Full Address

DATED 9/29/20

Teodoro Tucker
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Noel Arismendy
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20

Emmanuel Rosario
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

(9)

VII. PLAINTIFFS CERTIFICATION AND WARNING

continued:

DATED 9/8/20 _Ricard Gilcaber_
PLAINTIFFS Signature
1 Halleck st BX NY 10474
Prisoners Full Address

DATED 9/29/20 _James Jordan_
PLAINTIFFS Signature
1 Halleck st Bronx N.Y. 10474
Prisoners Full Address

DATED 9/29/20 _Harlow_
PLAINTIFFS Signature
1 Halleck St BX NY 10474
Prisoners Full Address

DATE D 9/29/20 _Carl Jewley_
Plaintiff's Signature
1 Halleck st BX NY 10474
Prisoners Full Address

DATED 9/29/20 _James Clark_
Plaintiffs Signature
1 Halleck St BX N.Y. 10474
Prisoners Full Address

DATED 9/29/20 _Andre Fonseca_
Plaintiffs Signature
1 Halleck St BX NY 10474
Prisoners Full Address

DATED 9/29/20 _Jonathan Meadows_
Plaintiffs Signature
1 Halleck st BX NY 10474
Prisoners Full Address

DATED 9/29/20 _Anthony Pettway_
Plaintiffs Signature
1 Halleck st BX NY 10474
Prisoners Full Address

DATED 9/29/20 _Keenan Crow_
Plaintiffs Signature
1 Halleck St BX N.Y. 10474
Prisoners Full Address

(10)

# VII. PLAINTIFFS CERTIFICATION AND WARNING
## Continued:

9/29/20
DATED

Willie Smith
_____
Plaintiffs Signature

1 Halleck St. Bronx, N.Y. 10474
_____
Prisioners Full Address

9/29/20
DATED

Walter Wade
_____
Plaintiffs Signature

1 Halleck St. Bronx, N.Y. 10474
_____
Prisioners Full Addres

9/29/20
DATED

Shamar Calloway
_____
Plaintiffs Signature

FAR Rockaway - 1 Halleck St BY NY 10474
_____
Prisioners Full Address

9/29/20
DATED

Tim Ward
_____
Plaintiffs Signature

1 Halleck St Bronx N.Y. 10474
_____
Prisioners Full Address

9/29/20
DATED

Dewayne Brown
_____
Plaintiffs Signature

1 Halleck ST. Bronx NY 10474
_____
Prisioners Full Address

9/29/20
DATED

Lester Pearson 30000033
_____
Plaintiffs Signature

1 Halleck St Bronx NY 10474
_____
Prisioners Full Address

9/29/20
DATED

Bill Grggs
_____
Plaintiffs Signature

1 Halleck St Bronx NY 10474
_____
Prisioners Full Address

9/29/20
DATED

John Scott
_____
Plaintiffs Signature

1 Halleck st bronx ny 10474
_____
Prisioners Full Address

9/29/20
DATED

T. Lewis
_____
Plaintiffs Signature

1 Halleck St. Bronx N.Y. 10474
_____
Prisioners Full Address

(11)

VII. PLAINTIFFS CERTIFICATION AND WARNING

continued?

_____
9/29/20
DATED
_____
[signature] Plaintiffs Signature
_____
1 Halleck St. Bx. N.Y. 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
Mauo Velasquez Plaintiffs Signature
_____
1 Halleck St Bx N.Y. 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
Darius Batts Plaintiffs Signature
_____
1 Halleck St Bx N.Y. 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
Curtis Clark Plaintiffs Signature
_____
1 Halleck St Bx. N.Y. 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
[signature] Plaintiffs Signature
_____
1 Halleck St Bx. N.Y. 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
[signature] Plaintiffs Signature
_____
1 Halleck St Bx. N.Y. 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
Michael White Plaintiffs Signature
_____
1 Halleck St Bx NY 10474
Prisioners Full Address

_____
9/29/20
DATED
_____
Andre Bond Plaintiffs Signature #441 19 01762
_____
1 Halleck St Bronx NY 10474
Prisioners Full Address

_____
DATED
_____
Plaintiffs Signature
_____
Prisioners Full Address

(12)

EXHIBIT A

Continued:

*311 COMPLAINT #

Hakiem Barrow EC-0019876
NAME & Confirmation or Complaint #

Deryck Brown EC-0019576
NAME & confirmation or complaint #

Michael Lee EC-0019505T
NAME & Confirmation or complaint #

Darius Botts Did not give 1
NAME & Confirmation or complaint #

Frank Fagan Did not give 1
NAME & confirmation or complaint #

Josiah Prince Did not give
NAME & Confirmation or complaint #

Shamar Galloway EC0019689
NAME & confirmation or complaint #

Christopher DeJesus EC0019511
NAME & confirmation or complaint #

Noel Fernandez EC0019G054
NAME & confirmation or complaint #

Ricardo Cilcabrera EC0019536
NAME & confirmation or complaint #

Johnathon Martinez Did not give him one
NAME & confirmation or complaint #

Timothy Linares
NAME & Confirmation or complaint #

Michael Mich EC-0019836
NAME & confirmation or complaint #

Sonny Squire Did Not give him one
NAME & confirmation or complaint #

Frank Crowley EC-0019573
NAME & confirmation or complaint #

Matthew Karelefsky EC-0019534
NAME & Confirmation or complaint #

Rampersaud Persaud Did not give him one
NAME & confirmation or complaint #

Christopher Johnson EC0019349
NAME & confirmation or complaint #

Morris TATE EC-0019579
NAME & Confirmation or complaint #

Egon Struthers EC-0019455, EC-0018540T
NAME & Confirmation or complaint #

Jonathan Weaver EC0019583
NAME & confirmation or complaint #

# EXHIBIT A

## *311 COMPLAINT #

Lester Pearson EC-0019457
NAME & Complaint #

Sula Charles RC-0014518
NAME & confirmation #

Horizon Prendergast E&C 0019-4545
NAME & Confirmation or Complaint #

Dewayne Boone EC-001-94518
NAME & confirmation or complaint #

Andre Fonseca EC-00195552
NAME & confirmation or complaint #

Jodah morell EC 00232121
NAME & confirmation or complaint #

James Clark EC00194522
NAME & confirmation or complaint #

Emmanuel Rosario EC00194531
NAME & confirmation or complaint #

Willet Davidson EC-DD-194543
NAME & confirmation or complaint #

Luis Matias EC00194534
NAME & confirmation or complaint #

Cyril Sheppard EC-00194547
NAME & confirmation or complaint #

Paul Reed EB-00194515
NAME & confirmation or complaint #

Ian Ward EC-00194554
NAME & confirmation or complaint #

Jonathan Gibbs EC-00194559
NAME & confirmation or complaint #

Curtis Clark EC-00194542
NAME & confirmation or complaint #

Carl Henley EC-00194530
NAME & confirmation or complaint #

Keemalcross EC-00194578
NAME & confirmation or complaint #

Theodore Tucker EC-001946
NAME & confirmation or complaint #

Walter Ware EC-00194569
NAME & confirmation or complaint #

Willie Smith EC-00194552
NAME & confirmation or complaint #

Raymond Salgada EC00194812
NAME & confirmation or complaint #

Johnny Blanding EC00127475
NAME & confirmation or complaint #

Manuel Velasquez EC00194573
NAME & confirmation or complaint #

Devon Baker EC-00194851
NAME & confirmation or complaint #

# EXHIBIT B / PLAINTIFF(s) INJURIES

*Under Penalty of Perjury I affirm the below Information is True*

3/21/20
DATE OF INJURY

Hopeton Prendergast #4411905343
PLAINTIFFS NAME & B&C #

IO BIOA #102734188; Lab Site: BioReference
Laboratories, Inc; Physician ordered: Kim Eun
Lee (See # of References therein)

Brief Description, etc.

Plaintiffs Signature

approx. End March 2020
DATE OF INJURY

Devon Parker #9002000003
Plaintiffs Name & B&C #

was denied a COVID-19 Test on Rikers
Island. But went directly to Bellevue Hospital
in Manhattan New York where Doctors etc. al,
Reported loss of taste, smell, and had enlarged
heart valves was created from Contraction
of Positive COVID-19 Symphtoms(ie. Hospital
Visit inbetween midde August 2020 - Begining
September, 2020).

Brief Description, etc.

Plaintiffs Signature

Michael Lee #3492001663
V.C.BC
1 Halleck Street
Bronx, N.Y.
10474



PRO SE INTAKE    GP

CLERK OF COURT/
UNITED STATES
DISTRICT COURT
OF SOUTHERN DISTRICT
OF NEW YORK STATE
U.S. COURT HOUSE
500 Pearl Street
New York, New York 10007

USM 03
SDNY



RECEIVED
OCT - 7 2020
PRO SE OFFICE

RECEIVED
OCT 06 2020
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
2020 OCT -6 PM 2:23
CLERK'S OFFICE
SDNY

RECEIVED
2020 OCT -6 PM 2:23
CLERK'S OFFICE
SDNY

CONFIDENTIAL
LEGAL MAIL