**MEMORANDUM ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2021

GEORGIA M. PESTANA
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 256-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

June 8, 2021

*Via ECF*

The Honorable Gregory H. Woods
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Molina v. Brann</u>, *et al.*, Case No. 20 CV 9483 (GHW)

Dear Judge Woods:

      I am an Assistant Corporation Counsel in the office of the Acting Corporation Counsel of the City of New York, Georgia M. Pestana, attorney for Defendants Brann, Egan, and Yang ("Defendants") in the above-referenced action. I write to respectfully request a brief, one-week adjournment of the initial pretrial conference scheduled for today at 2 pm.

      As the Court may be aware from recent reporting, the New York City Law Department has been experiencing connectivity issues that has interrupted Department-wide access to case materials and email. Unfortunately, as of this morning, the issue persists, and I am therefore unable, among other things, to access the information necessary to have Luis Molina, the incarcerated Plaintiff *pro se*, appear for today's conference as directed by the Court. (ECF No. 27.) In light of these ongoing circumstances, I respectfully request a brief, one-week adjournment of today's initial pretrial conference.

      This is the Defendants' second request for an adjournment of the initial pretrial conference, the first having been granted on May 6, 2021. (ECF No. 24.) The Court also *sua sponte* further adjourned the conference on May 24, 2021. (ECF No. 26.) I apologize that this request is not made within the time specified in the Court's Individual Practices; despite the unusual and evolving circumstances, I had hoped that the connectivity issues would be resolved by this morning so that the conference could proceed without impediment. Finally, because of

Plaintiff's incarcerated status and the urgency of this application, I have not been able to seek Plaintiff's consent hereto.

Thank you for your attention to this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
Luis Molina
NYSID: 02255694R
B&C No. 3001900157
Vernon C. Bain Center
1 Halleck St.
Bronx, NY 10474
*Plaintiff pro se*

Application granted. Today's conference is adjourned to June 18, 2021 at 2:30 p.m. Counsel for Defendants is directed to contact the relevant personnel at the Vernon C. Bain Center forthwith to inform them of the cancellation of today's conference.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class mail.

SO ORDERED.

Dated: June 8, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge