UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Molina,

                           Plaintiff,

         -against-

Cynthia Brann et al.,

                           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021

1:20-cv-09483 (GHW) (SDA)

AMENDED ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference previously scheduled for November 9, 2021 is hereby adjourned to November 10, 2021 at 10:00 a.m.

It is hereby Ordered that the Warden or other official in charge of the Anna M. Kross Center ("AMKC") produce plaintiff Luis Molina, NYSID No. 02255694R, on Wednesday, November 10, 2021 at 10:00 a.m., to a suitable location within the AMKC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact AMKC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
October 29, 2021

*[signature]*
_____
STEWART D. AARON
United States Magistrate Judge