UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Molina,

                Plaintiff,

    -against-

Cynthia Brann et al.,

               Defendants.

1:20-cv-09483 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than November 12, 2021, counsel for Defendants shall send to Plaintiff another copy of the medical records release authorization form. Upon receipt, Plaintiff promptly shall complete the form and return it to Defendants' counsel.

2. No later than November 17, 2021, Defendants shall produce to Plaintiff any relevant supplemental discovery produced in the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407.

3. No later than November 30, 2021, Defendants shall file a letter advising the Court as to the status of the medical records release authorization form.

The Clerk of Court is respectfully requested mail a copy of this Order to Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             November 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021