UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/8/2021

LUIS MOLINA,

*Plaintiffs*,

-against-

CYNTHANIA BRANN, *et al.*,

*Defendants*.

-------------------------------------------------------------------------- x

**ORDER**

No. 20 CV 9483 (GHW)(SDA)

**WHEREAS**, Luis Molina (Book & Case No. 300-19-00157), Plaintiff *pro se*, is presently in the custody of the New York City Department of Correction ("DOC") and is housed at the Anna M. Kross Center ("AMKC"), 18-18 Hazen Street, East Elmhurst, New York, 11370;

**WHEREAS**, Defendants have sought leave to depose Plaintiff pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure;

**IT IS HEREBY ORDERED** that Defendants' application for leave to take the deposition of Plaintiff, by remote means, on December 21, 2021, at 11:30 a.m., is GRANTED; and

**IT IS FURTHER ORDERED** that the Warden or other official in charge of AMKC or of whichever facility in which Plaintiff is housed at the date and time specified above, shall produce Plaintiff to a place designated by the Warden or other official for participation in said remote deposition at the date and time specified above, and for so long thereafter, from day to day, as the deposition continues for a total of up to seven hours.

It is **SO ORDERED.**

Dated:      December 8, 2021
            New York, New York

_____
STEWART D. AARON
United States Magistrate Judge