```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                             :

LUIS MOLINA,                                    :

                                 Plaintiff,   :      1:20-cv-9483-GHW

                   -v -                     :      <u>ORDER</u>

CYNTHANIA BRANN, et al.,         :

                         Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      By order dated June 18, 2021, this Court entered a Civil Case Management Plan and Scheduling Order. Dkt. No. 31. The status conference scheduled in that order for February 11, 2022 is adjourned *sine die* as this case has since been referred to Judge Aaron for general pretrial supervision. Dkt. No. 32.

      The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated: February 8, 2022                          _____
New York, New York                              GREGORY H. WOODS
                                                           United States District Judge