

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID S. THAYER<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |
|---|---|---|

May 6, 2022

*Via ECF*

The Honorable Steward D. Aaron
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: May 9, 2022

Re:  **Molina v. Brann**, *et al.*, **Case No. 20 CV 9483 (GHW)(SDA)**

Dear Magistrate Judge Aaron:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. I write to respectfully request a 3-week extension of the date by which Defendants must file their motion for summary judgment in this action.

  In connection with a second request for an extension of the time to complete discovery, (ECF No. 52), on January 12, 2022, the Court set the deadline for motions for summary judgment to be filed as May 9, 2022. (ECF No. 53.) The Defendants' requested 3-week extension of this deadline, to May 30, 2022, accommodates numerous pressing professional obligations in several cases assigned to myself after colleagues' recent departures and will permit measured consideration and presentation of the bases for Defendants' anticipated motion for summary judgment.

This is Defendants' first request for an extension of the time by which to file motions for summary judgment, though as suggested above, this deadline has previously been moved twice in connection with changes to the discovery schedule. I am unable to seek Plaintiff's consent in advance of this application due to his incarceration in State custody.

I thank the Court for its consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: ***Via First-Class Mail***
Luis Molina
DIN 21-A-2742
Attica Correctional Facility
639 Exchange Street
Attica, NY 14011-0149
*Plaintiff pro se*