

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2022
```

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **DAVID S. THAYER** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

May 26, 2022

*Via ECF*

The Honorable Steward D. Aaron
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: May 27, 2022

Re:  **Molina v. Brann**, ***et al.***, **Case No. 20 CV 9483 (GHW)(SDA)**

Dear Magistrate Judge Aaron:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. I write to respectfully request a 11-day extension of the date by which Defendants must file their motion for summary judgment in this action.

      The Defendants' current deadline to move is Monday, May 30, 2022. In response to a May 6, 2022 letter-motion, the Court previously granted a 3-week extension of Defendants' deadline to that date. (ECF No. 57.) In requesting that extension, I regrettably overlooked the fact that May 30, 2022, is Memorial Day and failed to take into account the availability of staff at the New York City Department of Correction in the lead-up to this holiday. In light of this oversight, I respectfully request an 11-day extension of the Defendants' deadline to June 10, 2022. This will accommodate the holiday and related staff availability during the holiday week.

      This is Defendants' second request for an extension of the time by which to file motions for summary judgment, the first having been granted on May 9, 2022, as noted. (ECF No. 57.) I am unable to seek Plaintiff's consent in advance of this application due to his incarceration in State custody.

I thank the Court for its consideration of this application.

                                      Respectfully yours,

                                      /s/ David S. Thayer

                                      David S. Thayer

cc:    *Via First-Class Mail*
       Luis Molina
       DIN 21-A-2742
       Attica Correctional Facility
       639 Exchange Street
       Attica, NY 14011-0149
       *Plaintiff pro se*