```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Molina,

                Plaintiff,

    -against-

Cynthia Brann et al.,

               Defendants.

1:20-cv-09483 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's July 7, 2022 Order, Plaintiff was to file his opposition to Defendants' motion for summary judgment by September 23, 2022. (7/7/2022 Order, ECF No. 64 (granting extension of time and setting revised briefing schedule).) As of the date of this Order, the Court has not received Plaintiff's opposition or a letter indicating that he does not intend to file any opposition.

It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion for summary judgment no later than November 14, 2022. Failure to do so will result in the Court deciding the motion on Defendants' motion papers only. If Plaintiff files an opposition, Defendants shall file any reply no later than November 28, 2022.

**SO ORDERED.**

DATED:    New York, New York
               October 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge