**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUIS MOLINA,

                Plaintiff,                    20 **CIVIL** 9483 (GHW)

    -against-                      **JUDGMENT**

CYNTHIA BRANN, et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2023, the R&R is adopted in part and Defendants' motion for summary judgment is GRANTED. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
        January 9, 2023

                                            **RUBY J. KRAJICK**

                                            _____
                                            **Clerk of Court**
                         **BY:**    *K. Mango*
                                              _____
                                            **Deputy Clerk**